# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

GAIGE GROSSKREUTZ,

    Plaintiff.

v.


THE CITY OF KENOSHA, a municipal corporation;
KENOSHA COUNTY, a municipal corporation;
DAVID BETH, in his individual and official capacities;
DANIEL MISKINIS, in his individual and official capacities;
ERIC LARSON, in his official capacity as Chief of Police for Kenosha Police Department;
JOHN & JANE DOE POLICE OFFICERS of the Kenosha Police Department and the Kenosha Sheriff's Department 1-100,

    Defendants.

_____

## NOTICE OF APPEARANCE
_____

    PLEASE TAKE NOTICE that Kimberley Cy. Motley appears as counsel on behalf of the Plaintiff Gaige Grosskreutz and is admitted or otherwise authorized to practice in this court.

Dated at Milwaukee, Wisconsin this 14th day of October, 2021.

Respectfully Submitted:

/s:/ Kimberley Cy. Motley, Esq.
MOTLEY LEGAL SERVICES
P.O. Box 1433
Matthews, North Carolina 28106
Telephone: (704)765-4887
Fax : (704) 582-6229
Email: kmotley@motleylegal.com

1