UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Civil Action No. 21-CV-001192

GAIGE GROSSKREUTZ;

Plaintiff;

v.

THE CITY OF KENOSHA, a municipal corporation;
KENOSHA COUNTY, a municipal corporation;
DAVID BETH, in his individual and official capacities;
DANIEL MISKINIS, in his individual and official capacities;
ERIC LARSON, in his official capacity as Chief of Police for Kenosha Police Department;
JOHN & JANE DOE POLICE OFFICERS 1-100, in their individual capacities.

Defendants.

---

### ENTRY OF APPEARANCE

---

E. Milo Schwab of Ascend Counsel, LLC, hereby enters his appearance in the above captioned action on behalf of Plaintiff Gaige Grosskreutz.

Respectfully submitted this 14th day of October 2021.

/s/ E. Milo Schwab
_____

E. Milo Schwab
Ascend Counsel, LL
2401 S Downing St.
Denver, CO 80210

(303) 888-4407
milo@ascendcounsel.co