UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**GAIGE GROSSKREUTZ,**
    **Plaintiff,**

  v.                                          Case No. 21-C-1192

**CITY OF KENOSHA, et al.,**
    **Defendants.**

---

## ORDER

The plaintiff filed this case on October 14, 2021. Under Federal Rule of Civil Procedure 4(m), he had 90 days from filing within which to serve the defendant. That time has expired, yet no proof of service has been filed. As service appears not to have been completed within the 90-day period, Rule 4(m) and Civil Local Rule 41(a) allow me to dismiss the case without prejudice upon my own initiative after 21 days' notice to the plaintiff. This order gives the plaintiff that notice.

Therefore, **IT IS ORDERED** that the plaintiff has until **February 22, 2023** to file proof of service. If proof of service is not filed within that time, this case will be dismissed without prejudice.

Dated at Milwaukee, Wisconsin, this 1st day of February, 2023.

                                                    /s/Lynn Adelman
                                                    LYNN ADELMAN
                                                    United States District Judge