

# Fwd: Status on D230017, 2:21-cv-01192-LA (KYLE RITTENHOUSE)

This is an automated status email:
From: ACCURATE SERVE OF DENVER
To: Ascend Counsel, LLC
Job # D230017
Serve To: **KYLE RITTENHOUSE**
Case Info:
Court: USDC FOR THE EASTERN DISTRICT OF WISCONSIN
Court Case # **2:21-cv-01192-LA**


Re: PLAINTIFF
GAIGE GROSSKREUTZ
-Versus-
Re: DEFENDANT
THE CITY OF KENOSHA; ET AL.

Documents: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT AND JURY DEMAND

Service Address: 2920 WILLOW CREEK LANE Kissimmee, FL 34741
Latest Status:

Server Name: Kristin Denmark
Attempt Date: 2/18/2023 at 08:58 AM
Location: 2920 WILLOW CREEK LANE, KISSIMMEE, FL 34741
Lon: -81.439259 Lat:28.334473
Notes: SPOKE WITH THE RESIDENT WHO STATED THAT KYLE DOES NOT LIVE THERE ANYMORE AND HE HAS BEEN GONE FOR A WHILE!
This woman was a middle-aged woman, possibly in her 50s, short, probably about 5"4 5"3.


Detailed Status is available at www.PaperTracker.info