UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Civil Action No. 21-CV-001192

GAIGE GROSSKREUTZ;

Plaintiff;

v.

THE CITY OF KENOSHA, a municipal corporation;
KENOSHA COUNTY, a municipal corporation;
DAVID BETH, in his individual and official capacities;
DANIEL MISKINIS, in his individual and official capacities;
JOHN & JANE DOE POLICE OFFICERS 1-100, in their individual capacities;
COUNTY OF WAUKESHA;
COUNTY OF RACINE;
COUNTY OF SAUK;
COUNTY OF WALWORTH;
COUNTY OF WASHINGTON;
VILLAGE OF MENOMONEE FALLS;
CITY OF WEST ALLIS; and
KYLE RITTENHOUSE;

Defendants.

---

## MOTION FOR EXTENSION OF TIME TO SERVE EXECUTED SUMMONS ON DEFENDANT KYLE RITTENHOUSE

---

Plaintiff Gaige Grosskreutz, through his undersigned counsel, respectfully moves the Court to restrict access to ECF No. 31-7, and in support thereof, provides as follows:

Plaintiff Grosskreutz, in pursuing service of process on Defendant Rittenhouse sought service at an address where Mr. Rittenhouse is known to often stay. Such address, upon counsel's belief, is the residence of Mr. Rittenhouse's mother. Given that Defendant Rittenhouse has now waived service, Plaintiff believes that the interests of privacy for the individuals residing at this address weigh in favor of restricting such document to protect such residents from any potential harassment.

Accordingly, Plaintiff respectfully requests that this Court restrict access to ECF No. 31-7.

Respectfully submitted this 3rd day of March 2023.

/s/ E. Milo Schwab
_____

E. Milo Schwab
Ascend Counsel, LLC
2401 S Downing St.
Denver, CO 80210
(303) 888-4407
milo@ascendcounsel.co