

Ted Waskowski

222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
TWaskowski@staffordlaw.com
608.259.2613

May 22, 2023

The Honorable Lynn Adelman                          **VIA ECF**
United States District Court
Eastern District of Wisconsin

RE:     *Huber v. Beth, et al.*, Case No. 21-CV-969
         *Grosskreutz v. City of Kenosha, et al.*, Case No. 21-CV-1192

Dear Judge Adelman:

All parties have consulted on the matter of consolidating the above cases and agree to consolidate them, at least for discovery. The parties have also agreed that the schedule for the two cases should be the same. Counsel for Mr. Grosskreutz have agreed to abide by the same schedule as that which was set for the Huber case. Our plan is to submit a new scheduling order covering the two cases to you soon.

If there is anything else that the parties should do to implement this plan, we would greatly appreciate it if you would let us know.

Thank you for your consideration of this letter.

Best regards,

STAFFORD ROSENBAUM LLP

*Electronically signed by Ted Waskowski*

Ted Waskowski

TW:mah

cc:     Counsel of Record – 21CV969 (via ECF)
         Counsel of Record – 21CV1192 (via ECF)

L:\DOCS\008462\000097\DOCS\3Y20658.DOCX
0522231205

Madison Office
222 West Washington Avenue    608.256.0226
P.O. Box 1784    888.655.4752
Madison, Wisconsin    Fax 608.259.2600
53701-1784    www.staffordlaw.com

Milwaukee Office
1200 North Mayfair Road    414.982.2850
Suite 430    888.655.4752
Milwaukee, Wisconsin    Fax 414.982.2889
53226-3282    www.staffordlaw.com

Case 2:21-cv-01192-LA    Filed 05/22/23    Page 1 of 1    Document 40