# DECLARATION OF KYLE W. ENGELKE
## EXHIBIT A

## CITYDEF900020
## Fixed Wing Aerial Video Footage

(Transmitted to Court USB)

