# LOEVY + LOEVY

May 21, 2025

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

**VIA CERTIFIED MAIL**

Judge Lynn Adelman
United States Courthouse Room 364
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: *Huber v. Beth, No. 21-cv-969; Prediger v. City of Kenosha, No. 21-1192*

Dear Chambers:

Enclosed is a flash drive containing the conventionally submitted exhibit from Plaintiff's Motion to Compel Defendants to Answer Discovery Requests for Their Officers' Missing Text Messages From the Kenosha Protests (Dkts. 129-1, 129-2). The exhibit is named as follows:

- Exhibit 42: Fisher Body Camera

This video can be played on a standard media player. Should the Court or the Court's staff have any issues playing the video, we are available to assist.

Sincerely,

/s/Quinn K. Rallins
*One of Plaintiff's Attorneys*